# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DARRYL F. TAYLOR,** | : |
| **Plaintiff** | : |
| | : **CIVIL ACTION NO. 3:13-2831** |
| **v.** | : |
| | : **(Mannion, D.J.)** |
| **COMMISSIONER OF, SOCIAL SECURITY** | : **(Mehalchick, M.J.)** |
| | : |
| **Defendant** | |

# **O R D E R**

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT** the report and recommendation, (Doc. 15), of Judge Mehalchick is not adopted. The case is **REMANDED** to the ALJ for consideration consistent with today's memorandum. The Clerk is directed to close the case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: January 6, 2015**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-2831-01-order.wpd